1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9   GEORGE L. HOWELL,

10            Plaintiff,              No. CIV S-08-1995 JAM GGH P

11        vs.

12  T. FELKER,

13            Defendants.              ORDER

14  _____/

15            Plaintiff has filed his second request for an extension of time to file objections to

16  the January 13, 2009 findings and recommendations.  Good cause appearing, the request will be

17  granted.  No further extensions of time will be granted.

18            IT IS HEREBY ORDERED that:

19            1.  Plaintiff's March 16, 2009 request for an extension of time (Docket # 17) is

20  granted; and

21            2.  Plaintiff is granted to and including May 16, 2009 in which to file objections to

22  the January 13, 2009 findings and recommendations.  No further extensions of time will be

23  granted.

24  DATED: March 24, 2009

                                      /s/ Gregory G. Hollows
25                                    _____
                                      GREGORY G. HOLLOWS
26                                    UNITED STATES MAGISTRATE JUDGE

GGH:md; howe1995.36.sec